In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-052 CR


NO. 09-07-053 CR


____________________



TERRENCE ALLISON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause Nos. 03-07-05081-CR, 03-05-03366-CR






MEMORANDUM OPINION


 The appellant, Terrence Allison, filed motions to dismiss his appeals. See Tex. R.
App. P. 42.2. In each case, a request to dismiss the appeals is signed by appellant
personally and joined by counsel of record. No opinions have issued in these appeals. 
The motions are granted, and the appeals are therefore dismissed.

 APPEALS DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered September 12, 2007

Do not publish 

Before McKeithen, C.J., Gaultney and Kreger, JJ.